UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH'S PASTA COMPANY, INC., )<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>LANDSTAR LOGISTICS, INC., )<br>CSX TRANSPORTATION, INC., )<br>MANCHESTER MOTOR FREIGHT, )<br>INC. and R.W.G. AND LOGISTICS, INC., )<br>*Defendants*. )<br>) | 04 CV 10014 EFH<br>CIVIL ACTION<br>NO.      MAGISTRATE JUDGE _____ |

**NOTICE OF REMOVAL**

**TO:**   The Honorable Judges of the United States District Court for the District of Massachusetts:

1.   The Petitioner, Landstar Logistics, Inc. ("Landstar"), respectfully shows, upon information and belief, that it is a named defendant in the above-entitled civil action brought by the Plaintiff, Joseph's Pasta Company, Inc. ("Joseph's"), which is now pending in the Essex Superior Court Department, Essex County Massachusetts, Civil Action No. 03-2296-C.

2.   On or about December 3, 2003, this action was commenced in the aforesaid Essex Superior Court Department, and Petitioner was served with the Plaintiff's Summons, First Amended Complaint and Civil Action Cover Sheet in this action, copies of which are attached hereto as **Exhibit A,** on December 30, 2003 as reflected in the deputy sheriff's return of service. *See*, Exhibit A.

3.	Upon information and belief, no further proceedings have been had in said Civil Action No. 03-2296-C, and the time of Petitioner within which to file a notice of removal has not expired.

4.	<u>Jurisdiction</u>. Based on the allegations contained in the First Amended Complaint, the above-entitled action is a civil suit which may be removed to this Court by the Petitioner pursuant to 28 U.S.C. §§ 1331, 1337(a) and 1441(a) and (b) in that the Plaintiff alleges a claim involving an Act of Congress regulating commerce, to wit: a claim in excess of $10,000 for loss and damage to a shipment of the Plaintiff's property (certain pasta equipment) that was transported in interstate commerce from Orlando, Florida to Haverhill, Massachusetts in May 2002. <u>First Amended Complaint</u>, pars. 8-12. The Carmack Amendment to the ICC Termination Act of 1995 ("ICCTA"), 49 U.S.C. §14706, therefore, governs the Plaintiff's shipment and its claim for loss and damage. *See,* <u>First Amended Complaint</u>, page 1 and pars. 6, 16 and 17. The amount of damages the Plaintiff seeks to recover against the Petitioner in this lawsuit for the subject shipment is at least $59,960. *See,* Exhibit A, <u>Civil Action Cover Sheet</u> and <u>First Amended Complaint</u>, par. 14 and Exhibit A thereto. This action is therefore removable to this Court pursuant to 28 U.S.C. §§1337(a) and 1441(a) and (b).

5.	<u>Venue</u>. Petitioner desires to remove this action to the district court of the United States for the district in which the action is now pending, to wit, to the District of Massachusetts. 28 U.S.C. §1446(a).

6.	After the filing of this Notice of Removal of this action to the United States District Court for the District of Massachusetts, (a) written notice of the filing of this Notice will be given by the attorneys for the Petitioner to the attorney for the Plaintiff as provided by law, (b) a certified copy of this notice will be filed with the Clerk of the Essex Superior Court Department, and (c)

2

certified copies of all pleadings on file in said Essex Superior Court, Civil Action No. 03-2296-C will be filed with this Court.

7. Petitioner has a good and sufficient defense to the Plaintiff's claim in this action.

8. No previous application for the relief sought herein has been made to this or any other Court.

WHEREFORE, Petitioner Landstar Logistics, Inc. prays that this action be removed from the Essex Superior Court Department, Essex County, Massachusetts to the United States District Court for the District of Massachusetts.

LANDSTAR LOGISTICS, INC.

By its attorney,

January 6, 2004

Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

ASSENTED TO:

CSX TRANSPORTATION, INC.
By its attorney,

Hyman Hillenbrand
DeOrchis, Hillenbrand & Wiener LLP
2650 Biscayne Boulevard
Miami, Florida 33137
(305) 571-9200

CERTIFICATE OF SERVICE

I Hereby Certify That a True Copy Of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 1-6-04

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2004 I served a copy of the foregoing pleading upon all parties hereto by mailing copies thereof, via first class mail, postage prepaid, properly addressed to:

Mark J. Sampson, Esq.
Devine Millemet & Branch, P.A.
300 Brickstone Square
P.O. Box 39
Andover, MA 01810

Hyman Hillenbrand, Esq.
DeOrchis, Hillenbrand & Wiener LLP
2650 Biscayne Boulevard
Miami, Florida 33137

Manchester Motor Freight, Inc.
183 Hayward Street
Manchester, NH 03103-5504

R.W.G. and Logistics, Inc.
468 Canal Street
Lawrence, MA 01840-1238

_____
Wesley S. Chused