SCANNED DATE: 1-7-04 BY: Tom

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -6  P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSEPH'S PASTA COMPANY, INC., )
*Plaintiff*, )
)
v. )   CIVIL ACTION NO.
)
LANDSTAR LOGISTICS, INC., )   04 CV 10014 EFH
CSX TRANSPORTATION, INC., )
MANCHESTER MOTOR FREIGHT, )
INC. and R.W.G. AND LOGISTICS, INC., )
*Defendants*. )

**DEFENDANT LANDSTAR LOGISTICS, INC.'s**
**CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.3)**

Defendant Landstar Logistics, Inc. states that it is a wholly owned subsidiary of Landstar Systems, Inc., which is a publicly held company.

LANDSTAR LOGISTICS, INC.
By its attorney,

January 6, 2004

*[signature]*
Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

**CERTIFICATE OF SERVICE**

I Hereby Certify That a True Copy Of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 1-6-04

*[signature]*

DOCKETED