BROWARD SHERIFF'S OFFICE
AFFIDAVIT OF SERVICE

JOSEPHS PASTA COMPANY INC _____ PLAINTIFF   SUPERIOR COURT _____ COURT

vs
LANDSTAR LOGISTICS INC _____ DEFENDANT   ESSEX _____ COUNTY

STATE OF FLORIDA
COUNTY OF BROWARD
CITY OF FORT LAUDERDALE

I, SALVATORE BORGESE, a Deputy Sheriff of said county, being duly sworn, deposes and says that I am over twenty-one years of age: that I have served the SUMMONS/COMPLAINT on CT CORPORATION SYSTEM (R/A) FOR LANDSTAR LOGISTICS, INC hereinafter named, who I know to be the same person or corporation described in and to whom said papers are directed and at the time and at the place set opposite their respective names, to wit:

| NAME | PLACE | DATE OF SERVICE |
|---|---|---|
| LANDSTAR LOGISTICS INC | CT CORPORATION SYSTEM | 12/30/03  10:40AM |
|  | 1200 S PINE ISLAND ROAD |  |
|  | PLANTATION, FL |  |

A civilian and not in the military service of the United States of America.

_____ #1090
Deputy's Signature/CCN                                Date

STATE OF FLORIDA
COUNTY OF BROWARD
The foregoing instrument was acknowledged before me this 5th day of January, 2004 by Sal Borgese, Deputy Sheriff,
                                                                            Name and Title
who is personally known to me or who has produced _____ as identification and who did take an oath.   Type of Identification

_____
NOTARY PUBLIC OR PUBLIC OFFICER AND TITLE OR RANK/CCN

Carol J. Trefry
MY COMMISSION # DD108919 EXPIRES
April 15, 2006
BONDED THRU TROY FAIN INSURANCE, INC

(Seal or Stamp)

BSO C#2 (Rev 6/92)