# ORIGINAL RETURN

Amended                                                            Control No. 2003-46198

| Joseph's Pasta Company, Inc. | Landstar Logistics, Inc., etc. | Summons | 03-2296-C |
|---|---|---|---|
| ( Plaintiff )  VS | ( Defendant ) | Type of Process | Case No. |
| Commonwealth of Massachusetts | | | |

Ret; 20 Days

FILED IN CLERKS OFFICE
2004 JAN 12 P 3:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

| Mark J. Sampson, | SERVE: CSX Transportation, Inc. |
| 300 Brickstone Square, 9th Floor | R.A. Rachel E. Geirersback |
| P. O. Box 39 | ADDRESS: 500 Water St. |
| Andover, Ma 01810 | jax, Fla 32202 |

BRR

RECEIVED THIS PROCESS ON THE **15th** DAY OF **December** A.D. 20 **03** AND SERVED THE SAME ON Landstar Logistics, Inc., etc. ~~GARNISHEE~~-DEFENDANT-~~WITNESS~~) AT **11:15a** M., ON THE **22nd** DAY OF **December** ( CORPORATION-~~INDIVIDUAL~~ ) THE WITHIN NAMED ~~RESPONDENT~~ A.D. 20**03** , IN DUVAL COUNTY, FLORIDA  Complaint

___ **INDIVIDUAL:** BY DELIVERING TO THE WITHIN NAMED( RESPONDENT-GARNISHEE-DEFENDANT-WITNESS ) A TRUED COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME, AND, AT THE SAME TIME, I DELIVERED TO THE WITHIN NAMED (RESPONDENT-GARNISHEE-DEFENDANT-WITNESS) A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER ( _____ )

___ **SUBSTITUTE:** BY LEAVING A TRUE COPY OF THIS PROCESS WITH DATE AND HOUR OF SERVICE ENDORSED BY ME ,AND A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER ( _____ ) AT (HIS/HER) USUAL PLACE OF ABODE, WITH SOME PERSON RESIDING THEREIN WHO IS FIFTEEN YEARS OF AGE OR OLDER TO WIT: (NAME) _____ ). BY LEAVING THE COPIES _____ (RELATIONSHIP) _____ , AND INFORMING THE PERSON OF THEIR CONTENTS.

**ms** **CORPORATE;** BY DELIVERING A TRUE COPY OF THE PROCESS WITH DATE AND HOUR OF SERVICE ENDORSED BY ME AND A COPY OF THE COMPLAINT, ~~PETITION OR OTHER INITIAL PLEADING OR PAPER~~ TO: **Sara Slettebo** AS **Administrative Assistant** OF SAID CORPORATION IN THE ABSENCE OF THE PRESIDENT, VICE-PRESIDENT, OR OTHER HEAD OF THE SAID **Defendant** SECRETARY, GENERAL MANAGER, DIRECTORS OR ANY OFFICERS OF THE SAID CORPORATION IN THE ABSENCE OF THE CASHIER, TREASURER, F.S. 48.081 AND F.S. 48.091) **corporation** (AS DEFINED IN

___ **POSTED:** BY SERVICE UPON THE WITHIN NAMED DEFENDANT, _____ , BY POSTING A TRUE COPY OF THIS WRIT TO WHICH WAS ATTACHED A COPY OF THE _____ ON THE DOOR OF THE PREMISES DESCRIBED WITHIN; AFTER MAKING TWO ATTEMPTS TO PERSONALLY SERVE THE WITHIN NAMED DEFENDANT ON _____ AND _____ , THE ABOVE NAMED DEFENDANT COULD NOT BE FOUND IN DUVAL COUNTY, FLORIDA, NOR WAS THERE ANY PERSON 15 YEARS OF AGE OR OLDER TO BE FOUND RESIDING AT THE TENANT'S USUAL PLACE OF ABODE, IN DUVAL COUNTY, FLORIDA, F.S. 48.183(1).

___ **NON-SERVICE:** AND HEREBY RETURN SAME UNSERVED ON THE REASON THAT AFTER A DILIGENT SEARCH AND INQUIRY, THE WITHIN NAME: _____ (RESPONDENT, DEFENDANT, WITNESS) COULD NOT BE FOUND IN DUVAL, FLORIDA, _____ 20 _____ .

**BRR** OTHER:

JOHN RUTHERFORD, SHERIFF OF DUVAL COUNTY, FLORIDA

_Margaret Schaedel_ (signature)

SPECIAL PROCESS SERVER, DULY APPOINTED AND QUALIFIED PURSUANT TO F.S. 48.021(2).
Margaret Schaedel