UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JAN 12 P 3: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

JOSEPH'S PASTA COMPANY, INC.

Plaintiff

-vs-

LANDSTAR LOGISTICS, INC., CSX TRANSPORTATION, INC., MANCHESTER MOTOR FREIGHT, INC., and R.W.G. AND LOGISTICS, INC.

Defendants

---

Civil Action No. 04cv10014EFH

## NOTICE OF APPEARANCE

PLEASE enter my appearance on behalf of defendant CSX Transportation, Inc. without waiver of jurisdictional, substantive, or procedural defenses.

RESPECTFULLY SUBMITTED this 8th day of January 2004,

DeORCHIS & PARTNERS, LLP
Attorneys for CSX Transportation, Inc.

_____
David J. Farrell, Jr.
BBO # 559847
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121

Certificate of Service

I certify I served a copy of this notice by mail on Attorneys Sampson and Chused on January 8, 2004.

_____
David J. Farrell, Jr.