UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH'S PASTA COMPANY, INC.

Plaintiff

-vs-

LANDSTAR LOGISTICS, INC., CSX
TRANSPORTATION, INC., MANCHESTER
MOTOR FREIGHT, INC., and R.W.G. AND
LOGISTICS, INC.

Defendants

Civil Action No. 04cv10014EFH

## CSX TRANSPORTATION, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO MANCHESTER MOTOR FREIGHT, INC.'S CROSS-CLAIM

Defendant CSX Transportation, Inc. ("CSXT") answers Manchester Motor Freight, Inc.'s cross-claim:

1. – 4. The allegations are not against CSXT and therefore no response is required but if one is it is denied.

III.  **DEFENDANT, MANCHESTER MOTOR FREIGHT, INC.'S CROSS-CLAIM AGAINST DEFENDANT, CSX TRANSPORTATION, INC. FOR CONTRIBUTION**

5. – 6. Denied.

IV.  **DEFENDANT, MANCHESTER MOTOR FREIGHT, INC.'S CROSS-CLAIM AGAINST DEFENDANT, CSX TRANSPORTATION, INC. FOR INDEMNIFICATION**

7. – 8. Denied.

9. – 12. . The allegations are not against CSXT and therefore no response is required but if one is it is denied.

## AFFIRMATIVE DEFENSES

13. The cross-claim fails to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

14. Regarding the cross-claim, CSXT is entitled to judgment on the pleadings under Fed. R. Civ. P. 12(c).

15. The cross-claim is improper under Fed. R. Civ. P. 13(g) and should be dismissed. It does not arise out of the original action, because the First Amended Complaint's allegations are strictly contractual whereas the cross-claim's allegations are strictly tortious. Any Manchester Motor Freight liability in this case is mutually exclusive of any CSXT liability (which is denied) because those parties have separate and independent contracts of carriage and no privity of contract with each other.

16. As the last carrier to have custody of the cargo in question, there is a presumption that Manchester Motor Freight is liable for the damages claimed. None of the documents produced in its initial disclosure refute this.

17. CSXT incorporates its Affirmative Defenses to plaintiff's claims to the extent they may be applicable on the cross-claim.

/

/

/

/

/

/

/

WHEREFORE, CSXT respectfully requests that the cross-claim be dismissed and that CSXT be awarded its costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 20th day of February 2004,

DeORCHIS & PARTNERS, LLP
Attorneys for CSX Transportation, Inc.

*[signature]*

David J. Farrell, Jr.
BBO # 559847
2355 Main Street
P.O. Box 186
S. Chatham, MA  02659
(508) 432-2121

Certificate of Service

I certify I served a copy of this answer by mail on Attorneys Sampson, Chused, and White on 2/20/04.

*[signature]*
David J. Farrell, Jr.