UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH'S PASTA COMPANY, INC.

    Plaintiff

-vs-                              **Civil Action No. 04cv10014EFH**

LANDSTAR LOGISTICS, INC., CSX
TRANSPORTATION, INC., MANCHESTER
MOTOR FREIGHT, INC., and R.W.G. AND
LOGISTICS, INC.

    Defendants

**DEFENDANT CSX TRANSPORTATION, INC.'S
LR 16.1 CERTIFICATION**

Attached is defendant CSX Transportation, Inc.'s and counsel's signed certification.

RESPECTFULLY SUBMITTED this 24th day of February 2004,

DeORCHIS & PARTNERS, LLP
Attorneys for CSX Transportation, Inc.

*/s/ David J. Farrell, Jr.*
David J. Farrell, Jr.
BBO # 559847
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121

Certificate of Service
I certify I served a copy of this certification
in hand on Attorneys Sampson/Donahue,
Chused, White/Tassone, and Barron
on 02/24/04.

*/s/ David J. Farrell, Jr.*
David J. Farrell, Jr.

## CSX TRANSPORTATION'S LR 16.1 CERTIFICATION

Defendant CSX Transportation, Inc., by and through its undersigned authorized representative and counsel of record, affirm that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Joe McCauley
Director Customer Consideration
CSX Load Engineering & Design Services


_____
David J. Farrell, Jr.
BBO # 559847