UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH'S PASTA COMPANY, INC., )<br>    Plaintiff, )<br>)<br>V. )<br>)<br>LANDSTAR LOGISTICS, INC., CSX )<br>TRANSPORTATION, INC., MANCHESTER )<br>MOTOR FREIGHT, INC. and R.W.G. AND )<br>LOGISTICS, INC., )<br>    Defendants. ) | C.A. NO. 04-10014-EFH |

## JOINT STATMENT

Pursuant to Local Rule 16.1(D), the parties hereby submit their Joint Statement.

1. **Joint Discovery Plan**

   The parties respectfully suggest the following discovery schedule:

   | | |
   |---|---|
   | November 30, 2004 | Fact Discovery Completed |
   | December 15, 2004 | Plaintiff's Final Expert Report Due |
   | January 15, 2005 | Defendants' Final Expert Reports Due – The Plaintiff reserves the right to designate an expert in rebuttal to the Defendants' expert if no expert was designated by the Plaintiff by December 15, 2004. The Defendants reserve the right to object to this designation. |
   | February 15, 2005 | Expert Depositions Completed |
   | March 15, 2005 | All Dispositive Motions Filed |
   | April 15, 2005 | Mediation Completed |
   | May 16, 2005 | Final Pretrial Conference |
   | July 15, 2005 | Jury Trial |

2.     **Certifications of Consultation**

The parties separately will provide their respective Certification.

Respectfully submitted,

| PLAINTIFF, | DEFENDANT, |
|---|---|
| JOSEPH'S PASTA | MANCHESTER MOTOR |
| COMPANY, INC. | FREIGHT, INC., |
| By its attorneys, | By its attorneys, |

DEVINE, MILLIMET & BRANCH                 DAVIS, WHITE & SULLIVAN, PC

Mark J. Sampson / BBO No. 552808
William J. Donohue, Esq. - BBO No. 631229
300 Brickstone Square
9th Floor
P.O. Box 39
Andover, MA 01810
(978) 475-9100

David A. White – BBO No. 551682
Marc J. Tassone  BBO No. 635344
One Longfellow Place
Suite 3609
Boston, MA 02114
(617) 720-4060

DEFENDANT,                                           DEFENDANT,
LANDSTAR LOGISTICS, INC.                  CSX TRANSPORTATION, INC.
By its attorneys,                                       By its attorneys,

LOONEY & GROSSMAN, LLP              DEORCHIS & PARTNERS, LLP

Wesley S. Chused, Esq., BBO No. 083520
101 Arch Street
Boston, MA 02110
(617) 951-2800

David J. Farrell, Jr., Esq.
BBO No. 559847
P.O. Box 186
So. Chatham, MA 02659
(508) 432-2121

2

DEFENDANT,
R.W.G. AND LOGISTICS, INC.,
By its attorneys,

LAFLAMME, BARRON & CHABOT

*/s/ William C. Barron Jr.*
William C. Barron, Esq., BBO No. 031240
114 Kenoza Avenue
Haverhill, MA 01830
(978) 521-4737

## CERTIFICATE OF SERVICE

I, Marc J. Tassone, hereby certify that on this day I served the within **JOINT STATEMENT**, by hand, to counsel of record as follows:

        Mark J. Sampson, Esq.
        William J. Donahue, Esq.
        DEVINE, MILLIMET & BRANCH
        300 Brickstone Square, 9th Floor
        P.O. Box 39
        Andover, MA 01810

        Wesley S. Chused, Esq.
        LOONEY & GROSSMAN LLP
        101 Arch Street
        Boston, MA 02110

        David J. Farrell, Jr.,
        DeORCHIS & PARTNERS, LLP
        P.O. Box 186
        South Chatham, MA 02659

        William C. Barron, Esq.
        LAFLAMME, BARRON & CHABOT
        114 Kenoza Avenue
        Haverhill, MA 01830

                                              */s/ Marc J. Tassone*
                                              Marc J. Tassone

Dated: 2/24/04

3