Feb-13-04  04:36pm  From-LOONEY GROSSMAN L           +6177371053           T-463  P.04/04  F-964

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH'S PASTA COMPANY, INC., <br> *Plaintiff*, <br> <br> v. <br> <br> LANDSTAR LOGISTICS, INC., <br> CSX TRANSPORTATION, INC., <br> MANCHESTER MOTOR FREIGHT, <br> INC. and R.W.G. AND LOGISTICS, INC., <br> *Defendants*. | CIVIL ACTION <br> NO. 04-10014-EFH |

## DEFENDANT LANDSTAR LOGISTICS, INC.'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant Landstar Logistics, Inc. and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows:

Defendant Landstar Logistics, Inc. and its counsel have conferred:

(a) with a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

LANDSTAR LOGISTICS, INC.

February 19, 2004      By: _____
                            John E. O'Dell, Director of Risk Management

February 24, 2004      _____
                            Wesley S. Chused (BBO#083520)
                            Attorney for Landstar Logistics, Inc.
                            LOONEY & GROSSMAN LLP
                            101 Arch Street
                            Boston, MA 02110
                            (617) 951-2800