UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOSEPH'S PASTA COMPANY, INC.,
                Plaintiff

v.

LANDSTAR LOGISTICS, INC., ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION NO.:
04-10014-EFH

# FINAL PRETRIAL CONFERENCE ORDER

February 24, 2004

HARRINGTON, S.D.J.

    The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 19 on the 7th floor) at 2:00 P.M. on  Monday, May 16, 2005  .

    SO ORDERED.

                          /s/ Edward F. Harrington
                          EDWARD F. HARRINGTON
                          United States Senior District Judge