UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH'S PASTA COMPANY, INC., <br> Plaintiff, <br><br> v. <br><br> LANDSTAR LOGISTICS, INC., CSX TRANSPORTATION, INC., MANCHESTER MOTOR FREIGHT, INC. and R.W.G. AND LOGISTICS, INC., <br> Defendants. | C.A. NO. 04-10014-EFH |

## CERTIFICATION REQUIRED BY LOCAL RULE 16.1(D)

Pursuant to Rule 16.1 of the Local Rules of the District Court, the Defendant, Manchester Motor Freight, Inc., provides the following:

The undersigned counsel of record for the Defendant, and the Defendant's insurer's authorized representative, Estelle Catanese, have conferred regarding the above-captioned matter.

Specifically, the undersigned have conferred regarding: a) the establishment of a budget for the costs of this litigation, and b) the resolution of this case through alternative dispute resolution.

Respectfully Submitted,

DEFENDANT,
MANCHESTER MOTOR FREIGHT, INC.
By its attorneys,

DAVIS, WHITE & SULLIVAN, PC

David A. White – BBO No. 551682
Marc J. Tassone – BBO No. 635344
One Longfellow Place
Suite 3509
Boston, MA 02114
(617) 720-4060

Dated: 2/26/04

Scott Beltramini
Manchester Motor Freight, Inc.
183 Hayward Street
Manchester, NH 03103
(603) 644-2100

Dated: 2/23/04