UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 APR -8  P 12: 58

DISTRICT COURT
DISTRICT OF MASS.

---

JOSEPH'S PASTA COMPANY, INC.,
Plaintiff,

v.

LANDSTAR LOGISTICS, INC.,
CSX TRANSPORTATION, INC.,
MANCHESTER MOTOR FREIGHT,
INC. and R.W.G. AND LOGISTICS, INC.,
Defendants.

Civil Action No. 04-10014-EFH

---

**PLAINTIFF, JOSEPH'S PASTA COMPANY, INC.'S,
INITIAL DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), Plaintiff, Joseph's

Pasta Company, Inc. ("Joseph's"), hereby provides its initial disclosures:

I.     **The Following Persons Are Likely To Have Discoverable Information
Relevant To The Disputed Facts.**

1.     Joseph P. Faro, President/CEO
Joseph's Pasta Company, Inc.
133 Hale Street
Haverhill, MA 01830

2.     David Gillen, Vice President
Joseph's Pasta Company, Inc.
133 Hale Street
Haverhill, MA 01830

3.     Timothy A. Bean, Controller
Joseph's Pasta Company, Inc.
133 Hale Street
Haverhill, MA 01830

4.     Stephanie Johnson, Staff Accountant
Joseph's Pasta Company, Inc.
133 Hale Street
Haverhill, MA 01830

5.     David Pevna, President
R.W.G and Logistics, Inc.

6.     Joseph's incorporates herein any witness identified by any of the defendants in their Initial Disclosure Statements and any witness identified through discovery.

7.     Joseph's reserves the right to supplement this section accordingly.

## II.     <u>Documents Relevant To The Disputed Facts.</u>

Pursuant to Fed. R. Civ. P. 26(a)(1)(B), copies of the following documents, presently located at counsel's office, will be made available for inspection at a mutually convenient time:

1.     Invoices for pasta making equipment from Dominioni, Punto and Pasta;

2.     Freight bill from Landstar Logistics, Inc.;

3.     Manchester Motor Freight delivery receipt dated May 8, 2002;

4.     Alternate straight bill of lading short form dated May 3, 2002;

5.     Letter from Atlas Motor Express to Joseph's dated May 8, 2002;

6.     Letter from Atlas Motor Express to Joseph's dated May 9, 2002;

7.     Letter from Joseph's to Landstar Logistics dated June 19, 2002;

8.     Electronic mail from Joseph Faro to Atlas Motor Express dated May 15, 2003;

9.     Invoice from Fremont Machine and Tool Company, Inc. to Joseph's dated April 22, 2003;

10.     Invoice from Fremont Machine and Tool Company, Inc. to Joseph's dated April 4, 2003; and

11.    Letter from Cote, Inc. to Fremont Machine and Tool Company, Inc. dated March 21, 2003 regarding price quote for equipment move.

### III.    Computation of Damages.

Pursuant to Fed. R. Civ. P. 26(a)(1)(C), the following documents will be made available for inspection and copying at a mutually convenient time:

1.    Invoice from Fremont Machine and Tool Company, Inc. to Joseph's dated April 22, 2003;

2.    Invoice from Fremont Machine and Tool Company, Inc. to Joseph's dated April 4, 2003;

3.    Work sheets;

Joseph's reserves the right to supplement this section.

### IV.    Insurance Agreements

Joseph's has no documents responsive to Fed. R. Civ. P. 26(a)(1)(D) in its possession, custody and/or control.

JOSEPH'S PASTA COMPANY, INC.
By its attorneys,

Mark J. Sampson, BBO #552808
Brian Cullen, BBO #566953
William J. Donahue, BB0 #631229
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA  01810
(978) 475-9100

## CERTIFICATE OF SERVICE

I, William J. Donahue, hereby certify that I served the within Plaintiff, Joseph's Pasta Company, Inc.'s, Initial Disclosure Statement, by First Class Mail, Postage Prepaid, to counsel of record as follows:

> David A. White, Esquire
> and
> Marc J. Tassone, Esquire
> DAVIS, WHITE & SULLIVAN, PC
> One Longfellow Place, Suite 3609
> Boston, MA 02114
>
> Wesley S. Chused, Esquire
> LOONEY & GROSSMAN, LLP
> 101 Arch Street
> Boston, MA 02110
> (617) 951-2800
>
> David J. Farrell, Jr., Esquire
> DEORCHIS & PARTNERS, LLP
> P.O. Box 186
> South Chatham, MA 02659
>
> William C. Barron, Esquire
> LAFLAMME, BARRON & CHABOT
> 114 Kenoza Avenue
> Haverhill, MA 01830

Date: April 7, 2004

William J. Donahue, Esquire