UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH'S PASTA COMPANY, INC., )<br>    Plaintiff, )<br>     )<br>V. )<br>     )<br>LANDSTAR LOGISTICS, INC., CSX )<br>TRANSPORTATION, INC., MANCHESTER )<br>MOTOR FREIGHT, INC. and R.W.G. AND )<br>LOGISTICS, INC., )<br>    Defendants. ) | C.A. NO. 04-10014-EFH |

**JOINT MOTION TO AMEND JOINT STATMENT**

The parties to the above-captioned matter hereby move this Honorable Court to amend the previously approved Joint Statement and extend the deadlines therein by ninety (90) days. The parties request that the Joint Statement be amended as follows:

| | |
|---|---|
| February 28, 2005 | Fact Discovery Completed |
| March 15, 2005 | Plaintiff's Final Expert Report Due |
| April 15, 2005 | Defendants' Final Expert Reports Due – The Plaintiff reserves the right to designate an expert in rebuttal to the Defendants' expert if no expert was designated by the Plaintiff by March 15, 2004. The Defendants reserve the right to object to this designation. |
| May 16, 2005 | Expert Depositions Completed |
| June 13, 2005 | All Dispositive Motions Filed |
| July 14, 2005 | Mediation Completed |
| July 25, 2005 | Final Pretrial Conference |
| October 13, 2005 | Jury Trial |

In support of this Motion, the parties state the following:

1. This case arises out of the alleged damage to pasta equipment owned by the Plaintiff.

2. The Plaintiff claims that two pasta machines were damaged during their transit from Florida to Massachusetts.

3. The Plaintiff claims that at various points along the route the Defendants were responsible for the proper handling of the equipment and caused its damage.

4. The Defendants deny that they damaged the Plaintiff's pasta equipment, and they contest the nature and extent of the Plaintiff's claimed damages.

5. The parties have exchanged written discovery.

6. The Rule 30(b)(6) deposition of the Plaintiff was scheduled several times, but postponed due to various scheduling conflicts.

7. The parties need additional time to complete this deposition, and the deposition of other witnesses in the case.

8. The upcoming holidays and scheduling conflicts among counsel and witnesses necessitate the requested extension of time.

9. The parties need to complete discovery before entering into any meaningful settlement negotiations.

10. The parties believe that they can complete discovery within the time frame of the requested extension.

11. The parties submit that it is in the interest of justice to allow this Joint Motion, as it will provide the parties with an opportunity to adequately prepare their respective cases and explore alternative dispute resolution with a complete understanding of the facts and the relevant issues in this case.

WHEREFORE, the parties respectfully request that this Court amend the previously approved Joint Statement and extend the deadlines as set forth above.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>JOSEPH'S PASTA<br>COMPANY, INC.<br>By its attorneys, | DEFENDANT,<br>MANCHESTER MOTOR<br>FREIGHT, INC.,<br>By its attorneys, |
| DEVINE, MILLIMET & BRANCH | DAVIS, WHITE & SULLIVAN, PC |
| /s/ Mark J. Sampson | /s/ Marc J. Tassone |
| Mark J. Sampson – BBO No. 552808<br>William J. Donohue, Esq. - BBO No. 631229<br>300 Brickstone Square<br>9th Floor<br>P.O. Box 39<br>Andover, MA 01810<br>(978) 475-9100 | David A. White – BBO No. 551682<br>Marc J. Tassone – BBO No. 635344<br>One Longfellow Place<br>Suite 3609<br>Boston, MA 02114<br>(617) 720-4060 |

| | |
|---|---|
| DEFENDANT,<br>LANDSTAR LOGISTICS, INC.<br>By its attorneys, | DEFENDANT,<br>CSX TRANSPORTATION, INC.<br>By its attorneys, |
| LOONEY & GROSSMAN, LLP | DEORCHIS & PARTNERS, LLP |
| /s/ Wesley S. Chused<br>_____<br>Wesley S. Chused, Esq., BBO No. 083520<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2800 | /s/ David J. Farrell, Jr.<br>_____<br>David J. Farrell, Jr., Esq.<br>BBO No. 559847<br>P.O. Box 186<br>So. Chatham, MA 02659<br>(508) 432-2121 |

DEFENDANT,
R.W.G. AND LOGISTICS, INC.,
By its attorneys,

LAFLAMME, BARRON & CHABOT

/s/ William C. Barron
_____
William C. Barron, Esq., BBO No. 031240
114 Kenoza Avenue
Haverhill, MA 01830
(978) 521-4737

## CERTIFICATE OF SERVICE

I, Marc J. Tassone, hereby certify that on this day I served the within **JOINT MOTION TO AMEND JOINT STATEMENT**, by hand, to counsel of record as follows:

>Mark J. Sampson, Esq.
>William J. Donahue, Esq.
>DEVINE, MILLIMET & BRANCH
>300 Brickstone Square, 9th Floor
>P.O. Box 39
>Andover, MA 01810
>
>Wesley S. Chused, Esq.
>LOONEY & GROSSMAN LLP
>101 Arch Street
>Boston, MA 02110
>
>David J. Farrell, Jr.,
>DeORCHIS & PARTNERS, LLP
>P.O. Box 186
>South Chatham, MA 02659
>
>William C. Barron, Esq.
>LAFLAMME, BARRON & CHABOT
>114 Kenoza Avenue
>Haverhill, MA 01830

>/s/ Marc J. Tassone
>_____
>Marc J. Tassone

Dated: 12/7/04

5