# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOSEPH'S PASTA COMPANY, INC.,
                Plaintiff

            v.                                CIVIL ACTION NO.:
                                              04-10014-EFH

LANDSTAR LOGISTICS, INC., ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RE-SCHEDULING ORDER

February 15, 2005

HARRINGTON, S.D.J.

      The Final Pretrial Conference previously scheduled for July 26, 2005 is re-scheduled to **Thursday, June 30, 2005, at 11:00 A.M.,** in Courtroom No. 13 on the fifth floor.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge