# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

JOSEPH'S PASTA COMPANY, INC.,
        Plaintiff

v.

LANDSTAR LOGISTICS, INC., ET AL.,
        Defendants.

CIVIL ACTION NO.:
04-10014-EFH

## ORDER OF DISMISSAL

June 28, 2005

HARRINGTON, S.D.J.

    The above-entitled case, having been reported settled by the parties, is hereby dismissed.

    SO ORDERED.

                            /s/ Edward F. Harrington
                            EDWARD F. HARRINGTON
                            United States Senior District Judge