UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH'S PASTA COMPANY, INC., | ) | |
| *Plaintiff,* | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 04-10014-EFH |
| | ) | |
| LANDSTAR LOGISTICS, INC., | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| MANCHESTER MOTOR FREIGHT, | ) | |
| INC. and R.W.G. AND LOGISTICS, INC., | ) | |
| *Defendants.* | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that

all claims of all parties in this action be dismissed with prejudice, without costs or attorneys'

fees, and waiving all rights of appeal.

Respectfully submitted,

JOSEPH'S PASTA COMPANY, INC.          LANDSTAR LOGISTICS, INC.
By its attorneys,                                     By its attorney,


*/s/ Mark J. Sampson*                                 */s/ Wesley S. Chused*
Mark J. Sampson, BBO #552808               Wesley S. Chused, BBO #08352
William J. Donohue, BBO #631229           LOONEY & GROSSMAN LLP
DEVINE, MILLIMET & BRANCH              101 Arch Street, 9th Floor
300 Brickstone Square, 9th Floor               Boston, MA 02110-1112
Andover, MA 01810                                 (617) 951-2800
(978) 475-9100


June 28, 2005                                          June 29, 2005

CSX TRANSPORTATION, INC.
By its attorney,


/s/ David J. Farrell, Jr.
David J. Farrell, Jr., BBO #559847
DEORCHIS & PARTNERS, LLP
P.O. Box 186
South Chatham, MA 02659
(508) 432-2121


June 29, 2005

MANCHESTER MOTOR FREIGHT, INC.
By its attorney,


Marc J. Tassone
David A. White, BBO #551682
Marc J. Tassone, BBO #635344
DAVIS, WHITE & SULLIVAN, PC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060


June 29, 2005


R.W.G. AND LOGISTICS, INC.
By its attorney,


/s/ William J. Barron
William J. Barron, BBO #031240
LAFLAMME, BARRON & CHABOT
114 Kenoza Avenue
Haverhill, MA 01830
(978) 521-4737


June 29, 2005